IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 25-MJ-2058DPR |
| COURTNEY ELLIS, | |
| Defendant. | |

### *MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM*

**COMES NOW**, the United States of America, by the undersigned Assistant United States Attorney for the Western District of Missouri, and respectfully requests a Writ of Habeas Corpus Ad Prosequendum.

Defendant, **COURTNEY ELLIS (Inmate #154565)**, is currently incarcerated at: **Greene County Jail, 1199 N. Haseltine Rd., Springfield, MO 65802**.

Respectfully submitted,

Jeffrey P. Ray
Acting United States Attorney

By: */s/ Randall D. Eggert*
Randall D. Eggert
Assistant United States Attorney
901 St. Louis Street, Suite 500
Springfield, Missouri 65806-2511
(417) 831-4406